■ CATHEDRAL PARK BUILDING ASSOCIATES, Appellant, v DAMON & MOREY, Respondent. (Appeal No. 2.)—Order unanimously affirmed with costs. Memorandum: For the reasons stated in the Memorandum in *Cathedral Park Bldg. Assocs. v Damon & Morey* ([appeal No. 1] 176 AD2d 1203 [decided herewith]), we conclude that Supreme Court properly declined to stay the arbitration of the parties' dispute. (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Arbitration.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.